UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON SMITH and
CHRISTINE SMITH
Plaintiffs,
-vs.-                                              Case No: 13-13654
                                                   Hon. Arthur J. Tarnow

FULTON, FRIEDMAN & GULLACE, LLP,
a foreign limited liability partnership,
Defendant.
_____

## STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

The parties stipulate to the dismissal of this case with prejudice and without fees or costs to any party.


| | |
|---|---|
| /s/Gary D. Nitzkin | /s/ Cynthia Fulton |
| Gary D. Nitzkin (P41155) | Cynthia Fulton (AZ Bar No. 012480) |
| Attorney for Plaintiff | Attorney for Defendant |
| Nitzkin & Associates | Fulton Friedman & Gullace, LLP |
| 22142 West Nine Mile Road | 2345 E. Thomas Rd., Ste 460 |
| Southfield, Michigan 48034 | Phoenix, AZ 85016 |
| (248) 353-2882 | (602) 748-4331 |
| gnitzkin@creditor-law.com | cynthia.fulton@fultonfriedman.com |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON SMITH and
CHRISTINE SMITH
Plaintiffs,
-vs.-                                            Case No: 13-13654
                                                 Hon. Arthur J. Tarnow

FULTON, FRIEDMAN & GULLACE, LLP,
a foreign limited liability partnership,
Defendant.
_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

**IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without fees or costs to either party.

                                                 s/Arthur J. Tarnow
                                                 Hon. Arthur J. Tarnow
                                                 U.S. District Court Judge

DATED:  July 31, 2014